UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARLO CHARLES | CIVIL ACTION |
| VERSUS | NO. 11-2226 |
| STATE OF LOUISIANA ET AL. | SECTION "C" (2) |

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in plaintiff's Section 1983 complaint are **DISMISSED WITHOUT PREJUDICE**

New Orleans, Louisiana, this __18__ day of __October__, 2011.

_____
UNITED STATES DISTRICT JUDGE